# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIE FLEURIMA,**
Appellant,

v.

**IVONNE HARTING,**
Appellee.

No. 4D2025-2419

[April 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 062022CA010386AXXXCE.

Marie Fleurima, Sunrise, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Edman v. Edman*, 407 So. 3d 452, 454–55 (Fla. 4th DCA 2025) (because no trial transcript was provided to the appellate court and the provided statement of the evidence was not approved by the trial court as required by Florida Rule of Appellate Procedure 9.200(b)(5), "our review is limited to those errors that may appear on the face of the final judgment").

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***